UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
RICHARD WHITLEY, on behalf of himself
and those similarly situated,

                Plaintiff,

                v.

J.P. MORGAN CHASE & CO.; J.P.
MORGAN INVESTMENT MANAGEMENT
INC., aka J.P. MORGAN ASSET
MANAGEMENT; J.P. MORGAN
RETIREMENT PLAN SERVICES LLC; and
J.P. MORGAN DEFINED CONTRIBUTION
INVESTMENT SOLUTIONS,

                Defendants.

-------------------------------------------------------- X

CIVIL ACTION NO. 12-cv-2548 (JGK)

## NOTICE OF APPEARANCE

      Please enter the appearance of Melissa D. Hill, Esquire, of Morgan, Lewis & Bockius LLP on behalf of Defendants in the above-captioned action.

Dated:  May 2, 2012

                                      /s/ Melissa D. Hill
                                Melissa D. Hill
                                MORGAN LEWIS & BOCKIUS LLP
                                101 Park Avenue
                                New York, NY 10178
                                Telephone: (212) 309-6000
                                Facsimile:  (212) 309-6001