UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
RICHARD WHITLEY, on behalf of himself
and those similarly situated,
                      Plaintiff,

v.

J.P. MORGAN CHASE & CO.; J.P.
MORGAN INVESTMENT MANAGEMENT
INC., aka J.P. MORGAN ASSET
MANAGEMENT; J.P. MORGAN
RETIREMENT PLAN SERVICES LLC; and
J.P. MORGAN DEFINED CONTRIBUTION
INVESTMENT SOLUTIONS,

                      Defendants.
--------------------------------------------------------- X

CIVIL ACTION NO. 12-cv-2548 (JGK)

**ORDER FOR ADMISSION
PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/14/12

        The motion of Azeez Hayne, Esq. for admission to practice Pro Hac Vice in the above-captioned action is granted.

        Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania, and that his contact information is as follows:

> Azeez Hayne
> MORGAN, LEWIS & BOCKIUS LLP
> 1701 Market Street
> Philadelphia, PA  19103
> (215) 963-5426
> (215) 963-5001 (Fax)
> ahayne@morganlewis.com

        Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants J.P. Morgan Chase & Co., J.P. Morgan Investment Management Inc., aka J.P. Morgan Asset Management, J.P. Morgan Retirement Plan Services LLC, and J.P. Morgan Defined Contribution Investment Solutions in the above-captioned action:

DB1/ 69733295.1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at **apply for an ECF PASSWORD**.

Dated: 5/11/12

United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, I served the foregoing Motion for Admission Pro Hac Vice by U.S. First Class mail upon:

>Kevin Joseph Madonna
>Kennedy & Madonna, LLP
>48 Dewitt Mills Road
>Hurley, NY  12443

_____
Melissa D. Hill