United States District Court
Southern District of New York

---

RICHARD WHITLEY,                          12 Civ. 2548 (JGK)

            Plaintiff,                ORDER

  - against -

J.P. MORGAN CHASE & Co., ET AL.,

            Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants may file their motion by **July 17, 2012**.

    The plaintiff should notify the Court by **August 17, 2012** if the plaintiff seeks discovery in order to respond to the motion, and if the plaintiff seeks leave to file an Amended Complaint.

SO ORDERED.

Dated:    New York, New York
            June 25, 2012

                                        John G. Koeltl
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/26/12