# EXHIBIT A

This document has been filed under seal.