# EXHIBIT F

# ATTACHMENT (A)

JPMorgan Retirement Plan Services LLC, a Delaware limited liability company ("Company") has conducted the following regarding the eligibility of each Plan intended to participate in the Stable Asset Income Fund (the "Fund") prior to JPMorgan Chase Bank, National Association's ("Trustee") approval of Plan participation as evidenced in the "Application Form and Participation Agreement."

1. Company has forwarded to Trustee a completed Stable Asset Income Fund Application Form and Participation Agreement in which the Plan Sponsor or other authorized plan representative has represented the following:
   a. The Plan is a qualified plan under Section 401(a) of the Code;
   b. The Plan's related trust is exempt from federal tax under Section 501(a) of the Code;
   c. The Plan is a defined contribution plan within the meaning of Section 414(i) of the Code; and
   d. The Plan is expressly authorized under its governing instrument to invest in a commingled fund such as the Fund.
2. The Company was furnished with and will retain an executed copy of the Plan's Trust Agreement evidencing item 1.d..

Plan Name: <u>Titan Tire Corporation Des Moines Savings Plan</u>
Plan Trustee: <u>AST Trust Company</u>

_____          1/17/07
JPMorgan Retirement Plan Services LLC          Date

---

Please fax copy of this Attachment (A) to Dolly Sahni at 212-837-1095 in order to receive back signed Participation Agreement from Trustee

---

1

**Form W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give form to the requester. Do not send to the IRS.

Name: Titan Tire Corporation Des Moines Savings Plan

Business name, if different from above:

Check appropriate box: ☐ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☒ Other ▶ ERISA Plan   ☒ Exempt from backup withholding

Address (number, street, and apt. or suite no.): 2701 Spruce Street

Requester's name and address (optional):

City, state, and ZIP code: Quincy, IL 62301

List account number(s) here (optional):

**Part I — Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: 
Employer identification number: 42-1424945

**Part II — Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an Individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here — Signature of U.S. person ▶ [signature]   Date ▶ 1/15/07

**Purpose of Form**

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
4. The type and amount of income that qualifies for the exemption from tax.
5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X   Form **W-9** (Rev. 1-2003)

# STABLE ASSET INCOME FUND
## Application Form and Participation Agreement

Effective December 6, 2004, JPMorgan Chase Bank, N.A. succeeds Bank One Trust Company, N.A. as trustee (the "Trustee") of the Stable Asset Income Fund (the "Fund"), which was originally established pursuant to the Declaration of Trust Establishing Bank One Investment Fund for Employee Benefit Plans and which trust has been amended and restated with respect to the Fund as the Commingled Pension Trust Fund (Stable Asset Income) of JPMorgan Chase Bank, N.A., effective November 17, 2004, and amended effective February 10, 2006 (the "Declaration of Trust").

The Fund is made available to certain tax-qualified retirement plan clients of the Trustee and its affiliates. Existing participants who wish to remain in the Fund, and plans who wish to apply for participation in the Fund, must complete and return this Application Form and Participation Agreement ("Application") to the Trustee or its representative. A plan's continuation in the Fund or acceptance into the Fund is contingent upon approval by an officer of the Trustee. Participation in the Fund is limited to defined contribution plans (within the meaning of section 414(i) of the Internal Revenue Code of 1986, as amended (the "Code")) that are qualified under section 401(a) of the Code.

I. **INFORMATION BEING PROVIDED BY:**
(Important: Please read III(E) before proceeding.)
☐ Bank or Corporate Trustee
☐ Registered Investment Advisor
☒ Plan Sponsor

II. **PLAN INFORMATION**

Plan Name: Titan Tire Corporation Des Moines Savings Plan
Type of Plan: ☒ 401(k)
☐ Profit Sharing
☐ Money Purchase

Plan Sponsor's EIN: 36-3228472
Plan's three-digit Plan Number: _____

Sponsoring Employer: Titan International, Inc.

Address: 2701 Spruce, Quincy, IL 62301

Plan Administrator: Renee Astfalk

Phone Number: 217-221-4421

Plan Trustee(s): AST Trust Company

1

III. **AUTHORIZATION AND AGREEMENT**

The undersigned declares under penalty of perjury that:

(A)  The information set forth in this Application is true and correct.

(B)  The undersigned has received the Declaration of Trust, and the Stable Asset Income Fund Disclosure Statement, and has relied solely upon these documents and the material incorporated by reference therein in executing this Application, understands that participation in the Fund is governed entirely by the terms and conditions of the Declaration of Trust, which are summarized in the Disclosure Statement, and acknowledges that the Trustee's determination of the acceptability of any documents furnished to it shall be final.

(C)  We understand that (i) the value of the Plan's investments in the Fund may fluctuate, and (ii) the Plan shall be invested in the following class of shares of the Fund, for which the Trustee receives management fees in the amount set forth in the Declaration of Trust and Disclosure Statement:
- ☐ Service Class
- ☒ Institutional Class
- ☐ Select Class
- ☐ Investment Class

(D)  The undersigned has read and understands the withdrawal provisions outlined in the Disclosure Statement and the Declaration of Trust including the fact that the Fund has certain prior notice requirements for withdrawals and withdrawals will not be effected when the purpose of the withdrawal is to permit plan participants to make investments in fixed income or money market vehicles.

(E)  The undersigned is either the plan sponsor for the Plan or has been duly appointed as a trustee or investment manager of the Plan and has the power and authority under the Plan and Title I of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") to execute this Application on the terms and conditions set forth herein. If the undersigned is the plan sponsor, the undersigned is a "named fiduciary" for the Plan as described in Section 402(c) of ERISA.

(F)  The undersigned agrees to indemnify and hold harmless the Trustee, its affiliates, and the Fund from any and all claims, losses, or liability which arise out of the undersigned's failure to comply with the Fund's admission or withdrawal procedures or which arise out of any misrepresentation by the undersigned contained in this Application.

(G)  By executing this Application, subject to acceptance by the Trustee, the undersigned:

(i)  authorizes the Trustee to invest assets of the Plan in the Fund;

(ii)  appoints the Trustee as agent for the Plan with respect to assets received under this Application, with the power to invest and reinvest, and to retain custody of such assets invested in the Fund;

(iii)  appoints the Trustee as trustee of the Plan with respect to assets of the Plan invested in the Fund;

(iv)  agrees that the Trustee shall be entitled to compensation for its management fees and to reimbursement of its reasonable expenses;

(v)  represents and warrants that the Plan is a qualified plan under Section 401(a) of the Code, its related trust is exempt from federal income tax under Section 501(a) of the Code, and the Plan is a defined contribution plan within the meaning of Section 414(i) of the Code;

2

(vi) represents and warrants that the Plan and its related trust, if any, have either (a) received or been submitted for a favorable determination letter from the Internal Revenue Service confirming the Plan's current tax exempt status, or (b) have been adopted via a master or prototype or volume submitter plan and trust which has received a favorable opinion or advisory letter from the Internal Revenue Service, and the Plan is entitled to reliance on such favorable opinion or advisory letter pursuant to IRS Announcement 2001-77 or Rev. Proc. 2000-20 and Rev. Proc. 2001-6 and subsequent guidance;

(vii) represents and warrants that the Plan is expressly authorized under its governing instrument to invest in a commingled fund such as the Fund (e.g. a group, collective, or common trust maintained by a corporate trustee, regardless of whether such trustee is the Plan's trustee, investment manager, or otherwise a party-in-interest with respect to the Plan) and that the Plan adopts and incorporates the governing provisions of the Fund;

(viii) agrees to furnish to the Trustee an executed copy of the Plan's trust agreement which evidences this investment authorization;

(ix) acknowledges and agrees that it will promptly notify the Trustee if the Plan is no longer a qualified plan under Section 401(a) of the Code and its related trust is no longer exempt from federal income tax under Section 501(a) of the Code, or of any material change in the information provided in this Application; and

(x) represents and warrants that the Plan does not cover self-employed individuals as defined in Section 401(c) of the Code except to the extent applicable securities law regulations would permit the participation of the Plan in the Fund without registration under the Securities Act of 1933.

(H) The Plan is not funded by an annuity contract described in Section 403(b) or 403(c) of the Code.

(I) The undersigned acknowledges and agrees that the terms, representations, and warranties contained herein shall be deemed made as of each date additional contributions are made to the Fund on behalf of the Plan.

Trustee, Investment Manager, or Plan Sponsor:

By: _Renee Osyack_ (signature)

Title: _Corporate Risk Manager_

Date: _1/15/07_

Agreed to and Accepted by:
JPMorgan Chase Bank, N.A.

By: _(signature)_

Title: _VICE PRESIDENT_

Date: _1/16/07_

3

# ATTACHMENT (A)

JPMorgan Retirement Plan Services LLC, a Delaware limited liability company ("Company") has conducted the following regarding the eligibility of each Plan intended to participate in the Stable Asset Income Fund (the "Fund") prior to JPMorgan Chase Bank, National Association's ("Trustee") approval of Plan participation as evidenced in the "Application Form and Participation Agreement."

1. Company has forwarded to Trustee a completed Stable Asset Income Fund Application Form and Participation Agreement in which the Plan Sponsor or other authorized plan representative has represented the following:
   a. The Plan is a qualified plan under Section 401(a) of the Code;
   b. The Plan's related trust is exempt from federal tax under Section 501(a) of the Code;
   c. The Plan is a defined contribution plan within the meaning of Section 414(i) of the Code; and
   d. The Plan is expressly authorized under its governing instrument to invest in a commingled fund such as the Fund.
2. The Company was furnished with and will retain an executed copy of the Plan's Trust Agreement evidencing item 1.d..

Plan Name: <u>Titan International Retirement Savings Plan</u>
Plan Trustee: <u>AST Trust Company</u>

_____          1/17/07
JPMorgan Retirement Plan Services LLC          Date

> Please fax copy of this Attachment (A) to Dolly Sahni at 212-837-1095 in order to receive back signed Participation Agreement from Trustee

1

| Form **W-9** (Rev. January 2003) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |
|---|---|---|

See Specific Instructions on page 2.
Print or type

Name: Titan International Retirement Savings Plan

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☒ Other ▶ ERISA Plan ☒ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
2701 Spruce Street

Requester's name and address (optional)

City, state, and ZIP code
Quincy, IL 62301

List account number(s) here (optional)

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: ☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number: 3 6 – 3 2 2 8 4 7 2

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here — Signature of U.S. person ▶ [signature] Date ▶ 1/15/07

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

U.S. person. Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Foreign person. If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

Nonresident alien who becomes a resident alien. Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
4. The type and amount of income that qualifies for the exemption from tax.
5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X                                    Form **W-9** (Rev. 1-2003)

# STABLE ASSET INCOME FUND
# Application Form and Participation Agreement

 Effective December 6, 2004, JPMorgan Chase Bank, N.A. succeeds Bank One Trust Company, N.A. as trustee (the "Trustee") of the Stable Asset Income Fund (the "Fund"), which was originally established pursuant to the Declaration of Trust Establishing Bank One Investment Fund for Employee Benefit Plans and which trust has been amended and restated with respect to the Fund as the Commingled Pension Trust Fund (Stable Asset Income) of JPMorgan Chase Bank, N.A., effective November 17, 2004, and amended effective February 10, 2006 (the "Declaration of Trust").

 The Fund is made available to certain tax-qualified retirement plan clients of the Trustee and its affiliates. Existing participants who wish to remain in the Fund, and plans who wish to apply for participation in the Fund, must complete and return this Application Form and Participation Agreement ("Application") to the Trustee or its representative. A plan's continuation in the Fund or acceptance into the Fund is contingent upon approval by an officer of the Trustee. Participation in the Fund is limited to defined contribution plans (within the meaning of section 414(i) of the Internal Revenue Code of 1986, as amended (the "Code")) that are qualified under section 401(a) of the Code.

I. **INFORMATION BEING PROVIDED BY:**
(Important: Please read III(E) before proceeding.)
☐ Bank or Corporate Trustee
☐ Registered Investment Advisor
☒ Plan Sponsor

II. **PLAN INFORMATION**

Plan Name: Titan International, Inc. Employees' Retirement Savings Plan
Type of Plan: ☒ 401(k)
     ☐ Profit Sharing
     ☐ Money Purchase

Plan Sponsor's EIN: 36-3228472
Plan's three-digit Plan Number: 002

Sponsoring Employer: Titan International, Inc.

Address: 2701 Spruce, Quincy, IL 62301

Plan Administrator: Renee Astfalk

Phone Number: 217-221-4421

Plan Trustee(s): AST Trust Company

1

### III. AUTHORIZATION AND AGREEMENT

The undersigned declares under penalty of perjury that:

(A) The information set forth in this Application is true and correct.

(B) The undersigned has received the Declaration of Trust, and the Stable Asset Income Fund Disclosure Statement, and has relied solely upon these documents and the material incorporated by reference therein in executing this Application, understands that participation in the Fund is governed entirely by the terms and conditions of the Declaration of Trust, which are summarized in the Disclosure Statement, and acknowledges that the Trustee's determination of the acceptability of any documents furnished to it shall be final.

(C) We understand that (i) the value of the Plan's investments in the Fund may fluctuate, and (ii) the Plan shall be invested in the following class of shares of the Fund, for which the Trustee receives management fees in the amount set forth in the Declaration of Trust and Disclosure Statement:
- ☐ Service Class
- ☒ Institutional Class
- ☐ Select Class
- ☐ Investment Class

(D) The undersigned has read and understands the withdrawal provisions outlined in the Disclosure Statement and the Declaration of Trust including the fact that the Fund has certain prior notice requirements for withdrawals and withdrawals will not be effected when the purpose of the withdrawal is to permit plan participants to make investments in fixed income or money market vehicles.

(E) The undersigned is either the plan sponsor for the Plan or has been duly appointed as a trustee or investment manager of the Plan and has the power and authority under the Plan and Title I of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") to execute this Application on the terms and conditions set forth herein. If the undersigned is the plan sponsor, the undersigned is a "named fiduciary" for the Plan as described in Section 402(c) of ERISA.

(F) The undersigned agrees to indemnify and hold harmless the Trustee, its affiliates, and the Fund from any and all claims, losses, or liability which arise out of the undersigned's failure to comply with the Fund's admission or withdrawal procedures or which arise out of any misrepresentation by the undersigned contained in this Application.

(G) By executing this Application, subject to acceptance by the Trustee, the undersigned:

  (i) authorizes the Trustee to invest assets of the Plan in the Fund;

  (ii) appoints the Trustee as agent for the Plan with respect to assets received under this Application, with the power to invest and reinvest, and to retain custody of such assets invested in the Fund;

  (iii) appoints the Trustee as trustee of the Plan with respect to assets of the Plan invested in the Fund;

  (iv) agrees that the Trustee shall be entitled to compensation for its management fees and to reimbursement of its reasonable expenses;

  (v) represents and warrants that the Plan is a qualified plan under Section 401(a) of the Code, its related trust is exempt from federal income tax under Section 501(a) of the Code, and the Plan is a defined contribution plan within the meaning of Section 414(i) of the Code;

(vi) represents and warrants that the Plan and its related trust, if any, have either (a) received or been submitted for a favorable determination letter from the Internal Revenue Service confirming the Plan's current tax exempt status, or (b) have been adopted via a master or prototype or volume submitter plan and trust which has received a favorable opinion or advisory letter from the Internal Revenue Service, and the Plan is entitled to reliance on such favorable opinion or advisory letter pursuant to IRS Announcement 2001-77 or Rev. Proc. 2000-20 and Rev. Proc. 2001-6 and subsequent guidance;

(vii) represents and warrants that the Plan is expressly authorized under its governing instrument to invest in a commingled fund such as the Fund (e.g. a group, collective, or common trust maintained by a corporate trustee, regardless of whether such trustee is the Plan's trustee, investment manager, or otherwise a party-in-interest with respect to the Plan) and that the Plan adopts and incorporates the governing provisions of the Fund;

(viii) agrees to furnish to the Trustee an executed copy of the Plan's trust agreement which evidences this investment authorization;

(ix) acknowledges and agrees that it will promptly notify the Trustee if the Plan is no longer a qualified plan under Section 401(a) of the Code and its related trust is no longer exempt from federal income tax under Section 501(a) of the Code, or of any material change in the information provided in this Application; and

(x) represents and warrants that the Plan does not cover self-employed individuals as defined in Section 401(c) of the Code except to the extent applicable securities law regulations would permit the participation of the Plan in the Fund without registration under the Securities Act of 1933.

(H) The Plan is not funded by an annuity contract described in Section 403(b) or 403(c) of the Code.

(I) The undersigned acknowledges and agrees that the terms, representations, and warranties contained herein shall be deemed made as of each date additional contributions are made to the Fund on behalf of the Plan.

Trustee, Investment Manager, or Plan Sponsor:

By: _[signature]_

Title: Corporate Risk Manager

Date: 1/15/07

Agreed to and Accepted by:
JPMorgan Chase Bank, N.A.

By: _[signature]_

Title: VICE PRESIDENT

Date: 1/18/07

3

# ATTACHMENT (A)

JPMorgan Retirement Plan Services LLC, a Delaware limited liability company ("Company") has conducted the following regarding the eligibility of each Plan intended to participate in the Stable Asset Income Fund (the "Fund") prior to JPMorgan Chase Bank, National Association's ("Trustee") approval of Plan participation as evidenced in the "Application Form and Participation Agreement."

1. Company has forwarded to Trustee a completed Stable Asset Income Fund Application Form and Participation Agreement in which the Plan Sponsor or other authorized plan representative has represented the following:
    a. The Plan is a qualified plan under Section 401(a) of the Code;
    b. The Plan's related trust is exempt from federal tax under Section 501(a) of the Code;
    c. The Plan is a defined contribution plan within the meaning of Section 414(i) of the Code; and
    d. The Plan is expressly authorized under its governing instrument to invest in a commingled fund such as the Fund.
2. The Company was furnished with and will retain an executed copy of the Plan's Trust Agreement evidencing item 1.d..

Plan Name: <u>Titan Tire Corporation Bryan Savings Plan</u>
Plan Trustee: <u>AST Trust Company</u>

_____          1/17/07
JPMorgan Retirement Plan Services LLC        Date

---

**Please fax copy of this Attachment (A) to Dolly Sahni at 212-837-1095 in order to receive back signed Participation Agreement from Trustee**

1

Form **W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send to the IRS.

Name: Titan Tire Corporation Bryan Savings Plan

Business name, if different from above:

Check appropriate box: ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☒ Other ▶ ERISA Plan ☒ Exempt from backup withholding

Address (number, street, and apt. or suite no.): 2701 Spruce Street

City, state, and ZIP code: Quincy, IL 62301

Requester's name and address (optional):

List account number(s) here (optional):

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: ☐☐☐-☐☐-☐☐☐☐

or

Employer identification number: 20-1503291 1

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here — Signature of U.S. person ▶ [signature]    Date ▶ 1/15/07

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
4. The type and amount of income that qualifies for the exemption from tax.
5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X                                      Form **W-9** (Rev. 1-2003)

# STABLE ASSET INCOME FUND
## Application Form and Participation Agreement

Effective December 6, 2004, JPMorgan Chase Bank, N.A. succeeds Bank One Trust Company, N.A. as trustee (the "Trustee") of the Stable Asset Income Fund (the "Fund"), which was originally established pursuant to the Declaration of Trust Establishing Bank One Investment Fund for Employee Benefit Plans and which trust has been amended and restated with respect to the Fund as the Commingled Pension Trust Fund (Stable Asset Income) of JPMorgan Chase Bank, N.A., effective November 17, 2004, and amended effective February 10, 2006 (the "Declaration of Trust").

The Fund is made available to certain tax-qualified retirement plan clients of the Trustee and its affiliates. Existing participants who wish to remain in the Fund, and plans who wish to apply for participation in the Fund, must complete and return this Application Form and Participation Agreement ("Application") to the Trustee or its representative. A plan's continuation in the Fund or acceptance into the Fund is contingent upon approval by an officer of the Trustee. Participation in the Fund is limited to defined contribution plans (within the meaning of section 414(i) of the Internal Revenue Code of 1986, as amended (the "Code")) that are qualified under section 401(a) of the Code.

I.  **INFORMATION BEING PROVIDED BY:**
    (Important: Please read III(E) before proceeding.)
    ☐ Bank or Corporate Trustee
    ☐ Registered Investment Advisor
    ☒ Plan Sponsor

II. **PLAN INFORMATION**

Plan Name:      Titan Tire Corporation Bryan Savings Plan
Type of Plan:   ☒ 401(k)
                ☐ Profit Sharing
                ☐ Money Purchase

Plan Sponsor's EIN:   36-3228472
Plan's three-digit Plan Number: 001

Sponsoring Employer:   Titan International, Inc.

Address: 2701 Spruce, Quincy, IL  62301

Plan Administrator: Renee Astfalk

Phone Number: 217-221-4421

Plan Trustee(s): AST Trust Company

1

III. **AUTHORIZATION AND AGREEMENT**

The undersigned declares under penalty of perjury that:

(A)     The information set forth in this Application is true and correct.

(B)     The undersigned has received the Declaration of Trust, and the Stable Asset Income Fund Disclosure Statement, and has relied solely upon these documents and the material incorporated by reference therein in executing this Application, understands that participation in the Fund is governed entirely by the terms and conditions of the Declaration of Trust, which are summarized in the Disclosure Statement, and acknowledges that the Trustee's determination of the acceptability of any documents furnished to it shall be final.

(C)     We understand that (i) the value of the Plan's investments in the Fund may fluctuate, and (ii) the Plan shall be invested in the following class of shares of the Fund, for which the Trustee receives management fees in the amount set forth in the Declaration of Trust and Disclosure Statement:
  ☐ Service Class
  ☒ Institutional Class
  ☐ Select Class
  ☐ Investment Class

(D)     The undersigned has read and understands the withdrawal provisions outlined in the Disclosure Statement and the Declaration of Trust including the fact that the Fund has certain prior notice requirements for withdrawals and withdrawals will not be effected when the purpose of the withdrawal is to permit plan participants to make investments in fixed income or money market vehicles.

(E)     The undersigned is either the plan sponsor for the Plan or has been duly appointed as a trustee or investment manager of the Plan and has the power and authority under the Plan and Title I of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") to execute this Application on the terms and conditions set forth herein. If the undersigned is the plan sponsor, the undersigned is a "named fiduciary" for the Plan as described in Section 402(c) of ERISA.

(F)     The undersigned agrees to indemnify and hold harmless the Trustee, its affiliates, and the Fund from any and all claims, losses, or liability which arise out of the undersigned's failure to comply with the Fund's admission or withdrawal procedures or which arise out of any misrepresentation by the undersigned contained in this Application.

(G)     By executing this Application, subject to acceptance by the Trustee, the undersigned:

  (i)     authorizes the Trustee to invest assets of the Plan in the Fund;

  (ii)    appoints the Trustee as agent for the Plan with respect to assets received under this Application, with the power to invest and reinvest, and to retain custody of such assets invested in the Fund;

  (iii)   appoints the Trustee as trustee of the Plan with respect to assets of the Plan invested in the Fund;

  (iv)    agrees that the Trustee shall be entitled to compensation for its management fees and to reimbursement of its reasonable expenses;

  (v)     represents and warrants that the Plan is a qualified plan under Section 401(a) of the Code, its related trust is exempt from federal income tax under Section 501(a) of the Code, and the Plan is a defined contribution plan within the meaning of Section 414(i) of the Code;

2

(vi)  represents and warrants that the Plan and its related trust, if any, have either (a) received or been submitted for a favorable determination letter from the Internal Revenue Service confirming the Plan's current tax exempt status, or (b) have been adopted via a master or prototype or volume submitter plan and trust which has received a favorable opinion or advisory letter from the Internal Revenue Service, and the Plan is entitled to reliance on such favorable opinion or advisory letter pursuant to IRS Announcement 2001-77 or Rev. Proc. 2000-20 and Rev. Proc. 2001-6 and subsequent guidance;

(vii)  represents and warrants that the Plan is expressly authorized under its governing instrument to invest in a commingled fund such as the Fund (e.g. a group, collective, or common trust maintained by a corporate trustee, regardless of whether such trustee is the Plan's trustee, investment manager, or otherwise a party-in-interest with respect to the Plan) and that the Plan adopts and incorporates the governing provisions of the Fund;

(viii)  agrees to furnish to the Trustee an executed copy of the Plan's trust agreement which evidences this investment authorization;

(ix)  acknowledges and agrees that it will promptly notify the Trustee if the Plan is no longer a qualified plan under Section 401(a) of the Code and its related trust is no longer exempt from federal income tax under Section 501(a) of the Code, or of any material change in the information provided in this Application; and

(x)  represents and warrants that the Plan does not cover self-employed individuals as defined in Section 401(c) of the Code except to the extent applicable securities law regulations would permit the participation of the Plan in the Fund without registration under the Securities Act of 1933.

(H)  The Plan is not funded by an annuity contract described in Section 403(b) or 403(c) of the Code.

(I)  The undersigned acknowledges and agrees that the terms, representations, and warranties contained herein shall be deemed made as of each date additional contributions are made to the Fund on behalf of the Plan.

Trustee, Investment Manager, or Plan Sponsor:

By: _____

Title: Corporate Risk Manager

Date: 1/15/07

Agreed to and Accepted by:
JPMorgan Chase Bank, N.A.

By: _____

Title: VICE PRESIDENT

Date: 1/18/07

3