IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD WHITLEY, CAROLETA M. DURAN, TERRY J. KOCH, MARK D. GRANDY, JOHN M. GATES, and SCOTT NEWELL, on behalf of themselves and those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>J.P. MORGAN CHASE & CO.; JPMORGAN CHASE BANK N.A.; J.P. MORGAN INVESTMENT MANAGEMENT INC., aka J.P. MORGAN ASSET MANAGEMENT; and JPMORGAN RETIREMENT PLAN SERVICES LLC,<br><br>*Defendants*. | Case No. 12-cv-2548<br>The Honorable John G. Koeltl<br><br>**DECLARATION OF JASON H. KIM**; EXHIBITS "A"-"B" |

I, Jason Kim, hereby declare as follows under penalty of perjury.

1. I am an attorney of record for Plaintiffs in the above-captioned matter.

2. Attached as Exhibit "A" is a true and correct copy of a Reuters' article entitled "JPMorgan stable value fund existing private mortgages," dated April 3, 2012, that I obtained and printed from Reuter's website on November 21, 2012, with the url uk.reuters.com/article/2012/04/03/jpmorgan-stablevalue-idUKL2E8EU6J320120403. This is the same article that is cited in paragraph 82 of the First Amended Complaint.

3. Attached as Exhibit "B" is a true and correct copy of a *Fortune* magazine article entitled "Jamie Dimon's swat team: How J.P. Morgan's CEO and his crew are helping the big bank beat the credit crunch," dated September 2, 2008, that I obtained and printed from

2

CNN/Money's website on November 21, 2012, with the url

money.cnn.com/2008/08/29/news/companies/tully_dimon.fortune.  This is the same article that

is cited in paragraph 13 (among others) of the First Amended Complaint.

/s/ Jason H. Kim<br>
Jason H. Kim