IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD WHITLEY, CAROLETA M. DURAN, TERRY J. KOCH, MARK D. GRANDY, JOHN M. GATES, and SCOTT NEWELL, on behalf of themselves and those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>J.P. MORGAN CHASE & CO.; JPMORGAN CHASE BANK N.A.; J.P. MORGAN INVESTMENT MANAGEMENT INC., aka J.P. MORGAN ASSET MANAGEMENT; and JPMORGAN RETIREMENT PLAN SERVICES LLC,<br><br>*Defendants*. | Case No. 12-cv-2548<br>The Honorable John G. Koeltl<br><br>**NOTICE OF SUBPOENAS *DUCES TECUM***<br><br>(STABLE VALUE INVESTMENT ASSOCIATION; NATIXIS FINANCIAL PRODUCTS, LLC; ROYAL BANK OF CANADA; STATE STREET BANK AND TRUST CO.) |

Take notice that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, subpoenas *duces tecum* have been or will be served on the companies listed below:

1. Stable Value Investment Association (Exhibit A)

    21 West Spring Street, Alexandria, Virginia

2. Natixis Financial Products, LLC (Exhibit B)

    9 West 57th Street 36th floor, New York, New York

3. Royal Bank of Canada (Exhibit C)

    One Liberty Plaza, 165 Broadway, New York, New York

4. State Street Bank and Trust Co. (Exhibit D)

    1 Lincoln Street, SSFC 5, Boston, Massachusetts

True and correct copies of these subpoenas are attached hereto.

Dated:   March 1, 2013

/*s*/ Jason H. Kim
_____

| | |
|---|---|
| Kevin Madonna (Bar No. KM5595)<br>KENNEDY & MADONNA, LLP<br>48 Dewitt Mills Rd.<br>Hurley, NY 12443<br>Tel: 845-481-2622<br>Fax: 845-230-3111 | Jason H. Kim<br>SCHNEIDER WALLACE COTTRELL<br>   KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, California  94104<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105<br>jkim@schneiderwallace.com<br>*Appearing pro hac vice* |
| Garrett W. Wotkyns, Esq.<br>SCHNEIDER WALLACE COTTRELL<br>   KONECKY LLP<br>8501 N. Scottsdale Road, Suite 270<br>Scottsdale, Arizona  85253<br>Tel: (480) 428-0144<br>Fax: (866) 505-8036<br>gwotkyns@schneiderwallace.com<br>*Appearing pro hac vice* | Thomas R. Meites, Esq.<br>Michael M. Mulder, Esq.<br>MEITES MULDER<br>321 S. Plymouth Ct., Ste. 1250<br>Chicago, Ill.  60604<br>Tel: 312-263-0272<br>Fax: 312-263-2942<br>trmeites@mmmglaw.com<br>mmmulder@mmmglaw.com<br>*Appearing pro hac vice* |
| Joseph Peiffer, Esq.<br>FISHMAN HAYGOOD PHELPS<br>   WALMSLEY WILLIS & SWANSON, LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, Louisiana  70170<br>Tel: (504) 586-5252<br>Fax: (504) 586-5250<br>jpeiffer@fishmanhaygood.com<br>*Appearing pro hac vice* | Peter Mougey, Esq.<br>James Kauffman, Esq.<br>LEVIN PAPANTONIO THOMAS<br>MITCHELL RAFFERTY & PROCTOR, P.A.<br>316 So. Baylen Street, Suite 600<br>Pensacola, FL  32502<br>pmougey@levinlaw.com<br>jkauffman@levinlaw.com<br>*Appearing pro hac vice* |
| | *ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS* |

## CERTIFICATE OF SERVICE

  I, Jason Kim, hereby certify that on this 1st day of March, 2013, I electronically filed this document using the United States District Court for the Southern District of New York's CM/ECF system, which is service of such filing via email to all counsel of record in this action.

                _____/s/ Jason H. Kim_____
                Jason H. Kim