IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD WHITLEY, CAROLETA M. DURAN, TERRY J. KOCH, MARK D. GRANDY, JOHN M. GATES, and SCOTT NEWELL, on behalf of themselves and those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>J.P. MORGAN CHASE & CO.; JPMORGAN CHASE BANK N.A.; J.P. MORGAN INVESTMENT MANAGEMENT INC., aka J.P. MORGAN ASSET MANAGEMENT; and JPMORGAN RETIREMENT PLAN SERVICES LLC,<br><br>*Defendants*. | Case No. 12-cv-2548<br>The Honorable John G. Koeltl<br><br>**PROOFS OF SERVICE OF SUBPOENA *DUCES TECUM***<br><br>(STABLE VALUE INVESTMENT ASSOCIATION; NATIXIS FINANCIAL PRODUCTS, LLC; ROYAL BANK OF CANADA; STATE STREET BANK AND TRUST CO.) |

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs file proofs of service for the subpoenas *duces tecum* served on the following in this matter:

1. Stable Value Investment Association (Exhibit A);

2. Natixis Financial Products, LLC (Exhibit B);

3. Royal Bank of Canada (Exhibit C); and

4. State Street Bank and Trust Co. (Exhibit D).

Dated:   April 18, 2013

/s/ Jason H. Kim_____

1

| | |
|---|---|
| Kevin Madonna (Bar No. KM5595)<br>KENNEDY & MADONNA, LLP<br>48 Dewitt Mills Rd.<br>Hurley, NY 12443<br>Tel: 845-481-2622<br>Fax: 845-230-3111 | Jason H. Kim<br>SCHNEIDER WALLACE COTTRELL<br>  KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, California  94104<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105<br>jkim@schneiderwallace.com<br>*Appearing pro hac vice* |
| Garrett W. Wotkyns, Esq.<br>SCHNEIDER WALLACE COTTRELL<br>  KONECKY LLP<br>8501 N. Scottsdale Road, Suite 270<br>Scottsdale, Arizona  85253<br>Tel: (480) 428-0144<br>Fax: (866) 505-8036<br>gwotkyns@schneiderwallace.com<br>*Appearing pro hac vice* | Thomas R. Meites, Esq.<br>Michael M. Mulder, Esq.<br>MEITES MULDER<br>321 S. Plymouth Ct., Ste. 1250<br>Chicago, Ill.  60604<br>Tel: 312-263-0272<br>Fax: 312-263-2942<br>trmeites@mmmglaw.com<br>mmmulder@mmmglaw.com<br>*Appearing pro hac vice* |
| Joseph Peiffer, Esq.<br>FISHMAN HAYGOOD PHELPS<br>  WALMSLEY WILLIS & SWANSON, LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, Louisiana  70170<br>Tel: (504) 586-5252<br>Fax: (504) 586-5250<br>jpeiffer@fishmanhaygood.com<br>*Appearing pro hac vice* | Peter Mougey, Esq.<br>James Kauffman, Esq.<br>LEVIN PAPANTONIO THOMAS<br>MITCHELL RAFFERTY & PROCTOR, P.A.<br>316 So. Baylen Street, Suite 600<br>Pensacola, FL  32502<br>pmougey@levinlaw.com<br>jkauffman@levinlaw.com<br>*Appearing pro hac vice* |
| | *ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS* |

**CERTIFICATE OF SERVICE**

    I, Jason Kim, hereby certify that on this 18th day of April, 2013, I electronically filed this document using the United States District Court for the Southern District of New York's CM/ECF system, which is service of such filing via email to all counsel of record in this action.

                                    /s/ Jason H. Kim