UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RICHARD WHITLEY, ET AL.,

                Plaintiffs,

- against -

J.P. MORGAN CHASE & CO., ET AL.,

                Defendants.
_____

12 Civ. 2548 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants should submit courtesy copies of all papers relating to the defendants' supplemental authority and the plaintiffs' response.

SO ORDERED.

Dated:    New York, New York
          April 24, 2013

                                     /s/ John G. Koeltl
                                       John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/24/13