UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___7/30/13___

RICHARD WHITLEY ET AL.,

                    Plaintiffs,

          - against -

JP MORGAN CHASE & Co. ET AL.,

                    Defendants.

12 Civ. 2548 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiffs' application to amend the complaint is granted. The plaintiff may file its Second Amended Complaint by September 27, 2013. Accordingly, the defendants' motion to dismiss is denied without prejudice as moot. The Clerk is directed to close Docket No. 49.

The parties will submit a briefing schedule on any motion to dismiss the Second Amended Complaint.

SO ORDERED.

Dated:    New York, New York
        July 30, 2013

                                  John G. Koeltl
                        United States District Judge