LAW OFFICES
## MEITES MULDER
321 SOUTH PLYMOUTH COURT SUITE 1250
CHICAGO, IL 60604
WWW.MEITESMULDER.COM

TEL: 312-263-0272
FAX: 312-263-2942

TRMEITES@MEITESMULDER.COM
MMULDER@MEITESMULDER.COM
ELIVERIS@MEITESMULDER.COM

September 12, 2013

<u>Via ECF</u>

The Honorable John G. Koeltl
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: ***Knee, et al. v. J.P. Morgan Retirement Plan Services LLC, et al.,*** **Case No. 13-cv-6337** *as related to **Whitley, et al. v. J.P. Morgan Chase & Co., et al.**,* **Case No. 12-cv-02548-JGK**

Dear Judge Koeltl:

      Pursuant to Local Civil Rule 1.6 - Duty of Attorneys in Related Cases, I herewith notify Your Honor of the Complaint filed on September 10, 2013 in *Knee, et al. v. J.P. Morgan Retirement Plan Services LLC, et al.*, Case No. 13-cv-6337. Plaintiffs' counsel believes that *Knee* should be deemed related to *Whitley, et al. v. J.P. Morgan Chase & Co., et al.*, Case No. 12-cv-02548-JGK. An explanation of relatedness is provided in the attached Letter to the Clerk of the Court, which was filed along with the *Knee* Complaint as required per the civil cover sheet, JS44C/SDNY.

      Respectfully submitted,

      /s/ Michael M. Mulder

      One of the Attorneys for Plaintiffs

cc: Counsel for Defendants in *Whitley v. J.P Morgan Chase & Co.* (*via ECF*)

Attachment filed *via ECF*