Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com



**Gregory C. Braden**
Partner
202.739.5217
gbraden@morganlewis.com

May 6, 2014

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 518
40 Foley Square
New York, NY 10007

Re:   *Whitley, et al. v. J.P. Morgan Chase & Co., et al.*, Case No. 1:12-cv-02548

Dear Judge Broderick:

We are writing to request leave to file a single reply brief in response to the three opposition briefs filed by the plaintiffs in the *Whitley*, *Stolwyk*, and *Evans* cases (the "Related Actions") on the issue of consolidation. Briefing on this issue was ordered at the hearing on April 18 and Defendants' reply brief is due Wednesday, May 7, 2014. In support of this request, Defendants show the Court as follows:

1.   Defendants filed their Motion to Consolidate the Related Actions on April 27, 2014. (Doc. 131).

2.   Plaintiffs in the Related Actions filed three separate opposition briefs on May 2, 2014. (Doc. 134, 135, 136).

3.   Defendants' replies are due May 7, 2014.

4.   Defendants believe that the most efficient way to proceed would be to file a single reply brief and, therefore, sought the consent of Plaintiffs to file a single reply brief not to exceed twelve pages. Counsel for *Stolwyk* and *Evans* declined to consent. (See Exhibit A attached.)

5.   Under the Local Rules, Defendants would be entitled to file three reply briefs totaling thirty (30) pages. Accordingly, Defendants do not propose to exceed the aggregate page limit

Honorable Vernon S. Broderick
May 6, 2014
Page 2

**Morgan Lewis**
COUNSELORS AT LAW

applicable to their replies, but rather simply to file a single reply brief in excess of the ten-page limit under the Local Rules.

For the foregoing reasons, Defendants respectfully request leave to file a single reply brief that will not exceed twelve pages in length.

Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: Gregory C. Braden

Counsel for Defendants
JPMorgan Retirement Plan Services, LLC,
JPMorgan Chase Bank, N.A.,
JPMAC Holdings Inc.,
JPMorgan Chase & Co., and
JPMorgan Investment Management Inc.

cc: Michael M. Mulder
Thomas R. Meites
Elena N. Liveris
Kevin Madonna
Garrett W. Wotkyns
Jason H. Kim
Daniel J. Carr
Joseph C. Peiffer
James L. Kauffman
Peter J. Mougey
Laura S. Dunning
Randall E. Hendricks
Lawrence A. Rouse
Daniel B. Hodes