LAW OFFICES
## MEITES MULDER
321 SOUTH PLYMOUTH COURT SUITE 1250
CHICAGO, IL 60604
WWW.MEITESMULDER.COM

TEL: 312-263-0272
FAX: 312-263-2942

TRMEITES@MEITESMULDER.COM
MMULDER@MEITESMULDER.COM
ELIVERIS@MEITESMULDER.COM

May 22, 2014

**VIA ECF**

Honorable Vernon S. Broderick
Untied States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Room 415
New York, New York 10007

     Re:    *Whitley, et al. v. JP Morgan Chase & Co., et al.*, No. 1:12-cv-2548-VSB

Dear Judge Broderick,

     Our firm represents the Plaintiffs in this matter. Michael Mulder of our firm is planning on attending the May 23, 2014 hearing in person. However, due to inclement weather in New York, his flights have been delayed with the possibility of being canceled.

     We have called Your Honor's Chambers to advise that Mr. Mulder might need to appear telephonically for tomorrow's hearing if he is unable to fly to New York.

     We are hereby requesting that if Mr. Mulder is unable to fly into New York for this hearing, that he be able to participate telephonically using the call-in information provided by the parties to the Court.

     Jason H. Kim, another attorney representing the Plaintiffs in this matter, is trying to attend the hearing in person as well.

                                     Respectfully,

                                     */s/ Elena N. Liveris*

                                     Elena N. Liveris

ENL:slp