LAW OFFICES OF
# MICHAEL M. MULDER
321 SOUTH PLYMOUTH COURT SUITE 1250
CHICAGO, IL 60604

TEL: 312-263-0272
FAX: 312-263-2942

MMMULDER@MMULDERLAW.COM
ELIVERIS@MMULDERLAW.COM

**SO ORDERED:**

*Vernon Broderick*

HON. VERNON S. BRODERICK   10/3/2014
UNITED STATES DISTRICT JUDGE

September 24, 2014

*Via UPS*

Honorable Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *Whitley v. J.P. Morgan Chase & Co., et al.,* No. 12-cv-2548-VSB
*Knee v. J.P. Morgan Retirement Plan Services, LLC et al.,* No. 13-cv-6337-VSB
*Evans, et al v. JP Morgan Chase Bank, N.A.,* Case No. 1:14-cv-02276-VSB
*Stolwyk, et al v. JP Morgan Chase Bank, N.A.,* Case No. 1:14-cv-02273-VSB

Dear Judge Broderick:

Counsel representing the Plaintiffs in these cases jointly writes to inform the Court of their intention to withdraw their respective oppositions to the J.P.Morgan Defendants' ("JPM Defendants") Motion for Consolidation, DKT #130. Plaintiffs' counsel for the above referenced cases have been in discussions with counsel for JPM Defendants concerning a schedule for filing a consolidated complaint in the above captioned cases. The discussion also covers two other JPM stable value cases that were recently electronically transferred to the Southern District of New York from Missouri, *Adams et al v. J.P. Morgan Retirement Plan Services, LLC et al,* No. 13-cv-00802 and *Ashurst et al v. J.P. Morgan Retirement Plan Services, LLC et al,* No. 13-cv-00803. (See Attachments A and B)

Under the proposed schedule Plaintiffs' counsel will file a Consolidated Class Action Complaint concerning all six cases mentioned herein, no later than October 24, 2014. Simultaneously with that filing, Plaintiffs will withdraw their respective oppositions to the JPM Defendants' Motion to Consolidate and Defendants will agree to a dismissal without prejudice of certain named plaintiffs in the Evans, Adams and Ashurst cases with each party to bear its own costs. No later than two weeks after the filing of the Consolidated Complaint Plaintiffs and Defendants will advise the Court of whether they have been able to agree upon a proposed scheduling order for the consolidated matter. The parties stipulate that the timeframe for the JPM Defendants to answer the second amended complaints filed on September 5, 2014, in

*Adams* and *Ashurst* is tolled pending dismissal of those cases and filing of the Consolidated Class Action Complaint.

Defendants have requested we advise the Court that they do not waive any rights associated with the above mentioned filings.

Respectfully submitted,

Michael M. Mulder
*One of the Attorneys for the Whitley and Knee Plaintiffs*

Randall E. Hendricks  w/permission MMM
*One of the Attorneys for the Stolwyk, Evans, Adams and Ashurst Plaintiffs*

cc: Lawrence A. Rouse        *via email*
    Jason H. Kim             *via email*
    Daniel B. Hodes          *via email*
    Gregory C. Braden        *via email*
    Azeez Hayne              *via email*
    Melissa D. Hill          *via email*