LAW OFFICES OF
# Michael M. Mulder
321 SOUTH PLYMOUTH COURT SUITE 1250
CHICAGO, IL 60604

TEL: 312-263-0272
FAX: 312-263-2942

mmulder@mmulderlaw.com
eliveris@mmulderlaw.com

October 21, 2014

<u>Via ECF</u>

Honorable Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:    ***Whitley v. J.P. Morgan Chase & Co., et al.*, No. 12-cv-2548-VSB**
             ***Knee v. J.P. Morgan Retirement Plan Services, LLC et al.*, No. 13-cv-6337-VSB**
             ***Evans, et al v. JP Morgan Chase Bank, N.A.*, Case No. 1:14-cv-02276-VSB**
             ***Stolwyk, et al v. JP Morgan Chase Bank, N.A.*, Case No. 1:14-cv-02273-VSB**

Dear Judge Broderick:

      We are writing to update the Court on the proposed schedule for this matter. Plaintiffs in the above captioned cases are currently scheduled to file an Amended Consolidated Class Action Complaint by October 24, 2014 (*Whitley* Dkt. 167). Counsel for the *Whitley* and *Knee* plaintiffs write to request that this and corresponding dates ordered by the Court *(Whitley* Dkt. 167) be briefly extended because scheduling complications preclude a final meeting of Plaintiffs' co-counsel until next week. In addition, Plaintiffs have agreed with Defendants to provide them a copy of the Amended Consolidated Complaint for their review prior to filing. Plaintiffs therefore request a deadline of November 3, 2014 to serve Defendants a copy of the Consolidated Complaint. The parties will thereafter confer in order to stipulate to a revised filing date for the Amended Consolidated Complaint and to corresponding dates such as the date for Defendants' response. Plaintiffs' counsel will inform the Court of the revised scheduled once agreed upon by the parties.

                                              Respectfully submitted,

                                              /s/ *Michael M. Mulder*
                                        Michael M. Mulder
                                        *One of the Attorneys for the Whitley and Knee*
                                        *Plaintiffs*

cc: Randall E. Hendricks *via email*
      Lawrence A. Rouse *via email*
      Jason H. Kim *via email*
      Daniel B. Hodes *via email*
      Gregory C. Braden *via email*
      Azeez Hayne *via email*
      Melissa D. Hill *via email*