IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re J.P. Morgan Stable Value Fund ERISA Litigation* | ) ) ) ) ) ) ) | Master File No. 12-cv-2548-VSB<br>The Honorable Vernon S. Broderick<br><br>**PROPOSED REVISED JOINT CASE MANAGEMENT SCHEDULE** |

The parties propose the following modifications to the remaining deadlines to the Revised Joint Case Management Schedule entered by the Court on September 16, 2015 (Dkt. 288) and the post-discovery joint status letter and conference ordered by the Court on November 25, 2015 (Dkt. 310):

- The parties will call expert witnesses at trial. The following schedule shall apply to expert disclosures that are not proffered in support of or in opposition to Plaintiffs' motion for class certification.

    a. Affirmative expert disclosures due by **January 19, 2016**.

    b. Depositions of the parties' affirmative experts completed by **February 22, 2016**.

    c. Responsive expert reports due by **March 21, 2016**.

    d. Depositions of the parties' responsive experts completed by **April 20, 2016**.

- The parties should submit a joint status update letter to the Court upon the close of all discovery on **April 20, 2016**.

- The Court will hold a post-discovery conference on **April 29, 2016** (or another date so ordered by the Court).

    o Pre-motion letters, if any, are due to the Court on **April 25, 2016**.

- Dispositive motions due on or before **May 2, 2016**.

- Responses to motions shall be due on or before **May 31, 2016**.

- Reply briefs shall be due on or before **June 30, 2016**.

Dated: January 15, 2016								Respectfully submitted,

/s/ Laura S. Dunning
Laura S. Dunning
*Counsel for Plaintiffs and the Proposed Class*

Peter J. Mougey, Esq.
Laura S. Dunning, Esq.
LEVIN, PAPANTONIO, MITCHELL,
 RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7068
Fax: (850) 436-6068
pmougey@levinlaw.com
ldunning@levinlaw.com
*Appearing pro hac vice*

Garrett W. Wotkyns, Esq.
SCHNEIDER WALLACE COTTRELL KONECKY & WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Tel: (480) 428-0144
Fax: (866) 505-8036
gwotkyns@schneiderwallace.com
*Appearing pro hac vice*

Michael M. Mulder, Esq.
Elena N. Liveris, Esq.
LAW OFFICES OF MICHAEL M. MULDER
321 South Plymouth Court
Suite 1250
Chicago, Illinois 60604
Tel: (312) 263-0272
Fax: (312) 263-2942
mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com
*Appearing pro hac vice*

Jason H. Kim, Esq.
SCHNEIDER WALLACE COTTRELL KONECKY & WOTKYNS LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
jkim@schneiderwallace.com
*Appearing pro hac vice*

Phillip G. Greenfield, Esq.
Kirk T. May, Esq.
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
Philg@rhgm.com
kirkm@rhgm.com
*Appearing pro hac vice*

| | |
|---|---|
| Joseph Peiffer, Esq.<br>Daniel J. Carr, Esq.<br>PEIFFER ROSCA WOLF<br>ABDULLAH CARR & KANE,<br>A Professional Law Corporation<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, Louisiana 70170<br>Tel: (504) 523-2434<br>Fax: (504) 523-2464<br>jpeiffer@prwlegal.com<br>dcarr@prwlegal.com<br>*Appearing pro hac vice* | Kevin Madonna, Esq. (Bar No. KM5595)<br>KENNEDY & MADONNA, LLP<br>48 Dewitt Mills Rd.<br>Hurley, New York 12443<br>Tel: 845-481-2622<br>Fax: 845-230-3111<br>kmadonna@kennedymadonna.com |

/s/ Jeremy Blumenfeld
Jeremy Blumenfeld
*Counsel for Defendants*

| | |
|---|---|
| Donald L. Havermann<br>Christopher A. Weals<br>Sean McMahan<br>Abbey Glenn<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>dhavermann@morganlewis.com<br>cweals@morganlewis.com<br>smcmahan@morganlewis.com<br>aglenn@morganlewis.com | Jeremy Blumenfeld<br>Melissa Hill<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>jblumenfeld@morganlewis.com<br>mhill@morganlewis.com |

Christopher M. Diffee
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
cdiffee@morganlewis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 15, 2016, I caused the foregoing Proposed Revised Joint Case Management Schedule to be filed with the Clerk of the Court via CM/ECF, and notification of such filing will be sent electronically to all counsel of record for this matter.

/s/ Christopher Diffee
*Attorney for Defendants*