USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                               :      12-CV-2548 (VSB)

IN RE J.P. MORGAN STABLE VALUE    :
FUND ERISA LITIGATION                 :         **ORDER**
                                               :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of a letter submitted on behalf of certain Plaintiffs, in their individual and representative capacities, informing me that they have reached a settlement with Defendants. These settling Plaintiffs anticipate filing a motion for preliminary approval of the settlement on or before October 1, 2017. In addition, I am in receipt of a letter informing me that certain other Plaintiffs, in their individual and representative capacities, intend to object to the proposed settlement.

      In light of the anticipated motion for preliminary approval of the settlement, the pending motions for summary judgment, (Docs 330, 340), are DENIED as moot, without prejudice to refile.

      The Clerk's Office is respectfully directed to terminate Documents 330 and 340.

Dated:    September 6, 2017
             New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge