IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re J.P. Morgan Stable Value Fund ERISA Litigation* ) ) ) | Master File No. 12-cv-2548-VSB |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPROVAL OF NOTICES OF SETTLEMENT, APPROVAL OF THE PLAN OF ALLOCATION, AND SETTING OF FAIRNESS HEARING**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Co-Lead Class Counsel, Settling Plaintiffs, by Co-Lead Class Counsel, hereby move the Court, to set a date for a Preliminary Approval Hearing and for entry of an Order: (a) granting preliminary approval of the Settlement;[1] (b) approving the forms for the mailing and publication of the notice of Settlement; (c) granting preliminary approval of the proposed Plan of Allocation; and (d) setting a date and time for the Fairness Hearing with respect to the Settlement and related deadlines as set forth in the proposed Preliminary Approval Order, attached as Exhibit 1 to the Settlement Agreement, dated November 3, 2017, filed herewith.  This motion is unopposed by Defendants.[2]

WHEREFORE, for the reasons stated and such other reasons as may appear to the Court, Plaintiffs respectfully request that the Court grant the instant motion.

---

[1] Unless otherwise defined, all capitalized terms have the meanings ascribed to them in the Settlement Agreement filed herewith.

[2] Plaintiffs Nancy Dye, John Stolwyk, Clay Hedges, and Rosemary Dotson, who are represented by Phillip G. Greenfield, previously informed the Court they would be objecting to the proposed Settlement. (Doc. 391).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 3, 2017 | /s/ Michael M. Mulder |
| Todd Schneider | Michael M. Mulder |
| Jason H. Kim | Elena N. Liveris |
| SCHNEIDER WALLACE COTTRELL | LAW OFFICES OF |
| KONECKY WOTKYNS LLP | MICHAEL M. MULDER |
| 2000 Powell Street, Suite 1400 | 1603 Orrington Avenue, Suite 600 |
| Emeryville, California 94608 | Evanston, Illinois 60201 |
| Tel: (415) 421-7100 | Tel: (312) 263-0272 |
| Fax: (415) 421-7105 | Fax: (847) 563-2301 |
| tschneider@schneiderwallace.com | mmmulder@mmulderlaw.com |
| jkim@schneiderwallace.com | eliveris@mmulderlaw.com |
| Appearing pro hac vice | Appearing pro hac vice |
| **Co-Lead Class Counsel** | **Co-Lead Class Counsel** |
| Kevin Madonna (Bar No. KM5595) | Peter Mougey |
| KENNEDY & MADONNA, LLP | Laura Dunning |
| 48 Dewitt Mills Rd. | LEVIN PAPANTONIO THOMAS |
| Hurley, NY 12443 | MITCHELL RAFFERTY & PROCTOR, |
| Tel: (845) 481-2622 |    P.A. |
| Fax: (845) 230-3111 | 316 So. Baylen Street, Suite 600 |
|  | Pensacola, FL 32502 |
| Garrett W. Wotkyns | pmougey@levinlaw.com |
| SCHNEIDER WALLACE COTTRELL | Appearing pro hac vice |
| KONECKY WOTKYNS LLP |  |
| 8501 N. Scottsdale Road, Suite 270 |  |
| Scottsdale, Arizona 85253 |  |
| Tel: (480) 428-0144 |  |
| Fax: (866) 505-8036 |  |
| gwotkyns@schneiderwallace.com |  |
| Appearing pro hac vice |  |
| Joseph Peiffer |  |
| Daniel J. Carr |  |
| PEIFFER ROSCA WOLF ABDULLAH |  |
| CARR & KANE APLC |  |
| 201 St. Charles Ave, Suite 4610 |  |
| New Orleans, Louisiana 70170 |  |
| Tel: (504) 523-2434 |  |
| jpeiffer@fishmanhaygood.com |  |
| Appearing pro hac vice |  |

## **CERTIFICATE OF SERVICE**

I certify that on November 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the parties participating in the Court's electronic filing system.

                                                          */s/ Michael M. Mulder*
                                                         Michael M. Mulder