```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
: Master File No. 12-CV-2548 (VSB)
IN RE J.P. MORGAN STABLE VALUE :
FUND ERISA LITIGATION : **ORDER**
:
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of the parties' briefing papers pertaining to Plaintiffs' motion for preliminary approval of class settlement. (Docs. 399, 400, 412, 414, 415, 416, and 421.) On January 12, 2018, I held a hearing on the motion.

IT IS HEREBY ORDERED that, for the reasons stated on the record at the January 12 hearing and that will be set forth in an Opinion and Order to be issued at a later date, Plaintiffs' Motion for Preliminary Approval of Class Settlement, (Doc. 399), is GRANTED except with regard to the form and manner of the Notice of Settlement.

In light of this Order, the parties are directed to meet and confer regarding a joint proposed Notice of Settlement to be sent to class members. The parties are directed to submit their joint proposed Notice on or before February 9, 2018. If the parties cannot agree on a proposed Notice, they are directed to submit a joint letter stating their respective positions and proposed language on or before February 9, 2018.

Dated: January 19, 2018
    New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge