**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE J.P. MORGAN STABLE VALUE FUND ERISA LITIGATION | ) ) ) ) Master File No. 12-cv-2548-VSB |

### PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY'S FEES, COSTS, AND SERVICE PAYMENTS

Pursuant to Fed. R. Civ. Proc. 23(h) and the Settlement Agreement in this matter, Plaintiffs, through undersigned counsel, move this Court for an Order awarding: (1) Plaintiffs and Class Counsel $25 million in attorneys' fees; (2) Plaintiffs and Class Counsel $1,468,795.86 in litigation expenses; and (3) Plaintiffs Rosemary Dotson, Caroleta M. Duran, Nancy Dye, Daryl Evans, John M. Gates, Mark D. Grandy, Clay Hedges, Michael Knee, Terry J. Koch, Eric M. Murphy, Scott Newell, John Stolwyk and Richard Whitley $20,000 each as a class representative service award, all to be paid from the $75 million settlement fund established in this matter.

This Motion is based on: (1) Plaintiffs' Memorandum in Support of Motion for an Award of Attorney's Fees, Costs, and Service Payments; (2) the attached Declarations of Class Counsel and the exhibits attached to those Declarations; (3) the records and files in this action; and (4) such other matters as may come to the Court's attention prior to or at the argument on this Motion and the hearing on final approval of the settlement.

Dated: June 19, 2019                          Respectfully submitted,

                                                               s/ Jason H. Kim

| | |
|---|---|
| Todd Schneider<br>Jason H. Kim<br>SCHNEIDER WALLACE COTTRELL<br>KONECKY WOTKYNS LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105<br>tschneider@schneiderwallace.com<br>jkim@schneiderwallace.com<br>*Appearing pro hac vice*<br>**Co-Lead Class Counsel** | Michael M. Mulder<br>Elena N. Liveris<br>LAW OFFICES OF<br>MICHAEL M. MULDER<br>1603 Orrington Avenue, Suite 600<br>Evanston, Illinois 60201<br>Tel: 312-263-0272<br>Fax: 847-563-2301<br>mmmulder@mmulderlaw.com<br>eliveris@mmulderlaw.com<br>*Appearing pro hac vice*<br>**Co-Lead Class Counsel** |
| Kevin Madonna (Bar No. KM5595)<br>KENNEDY & MADONNA, LLP<br>48 Dewitt Mills Rd.<br>Hurley, NY 12443<br>Tel: 845-481-2622<br>Fax: 845-230-3111 | Peter Mougey<br>Laura Dunning<br>LEVIN PAPANTONIO THOMAS<br>MITCHELL RAFFERTY & PROCTOR, P.A.<br>316 So. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>pmougey@levinlaw.com<br>*Appearing pro hac vice* |
| Garrett W. Wotkyns<br>SCHNEIDER WALLACE COTTRELL<br>KONECKY WOTKYNS LLP<br>8501 N. Scottsdale Road, Suite 270<br>Scottsdale, Arizona 85253<br>Tel: (480) 428-0144<br>Fax: (866) 505-8036<br>gwotkyns@schneiderwallace.com<br>*Appearing pro hac vice* | |
| Joseph Peiffer<br>Daniel J. Carr<br>PEIFFER WOLF CARR & KANE APLC<br>201 St. Charles Ave, Suite 4314<br>New Orleans, Louisiana 70170<br>Tel: (504) 586-5270<br>jpeiffer@pwcklegal.com<br>*Appearing pro hac vice* | |