LAW OFFICES OF

# MICHAEL M. MULDER

TEL: 312-263-0272
FAX: 847-563-2301

1603 ORRINGTON AVENUE, SUITE 600
EVANSTON, ILLINOIS 60201

MMMULDER@MMULDERLAW.COM
ELIVERIS@MMULDERLAW.COM

August 6, 2019

<u>*Via ECF*</u>

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    ***In re: J.P. Morgan Stable Value Fund ERISA Litigation*, Master File No. 12-cv-02548-VSB**

Dear Judge Broderick:

      I write pursuant to this Court's Individual Rules and Practices in Civil Cases, Rules 4.B and 4.D to request leave to file up to fourteen additional pages, beyond the twenty-five page limit, in Plaintiffs' Memorandum in Support of Final Approval of Class Action Settlement; as well as three additional pages, beyond the ten-page limit, in my Declaration in Support of Plaintiffs' Motion for Final Approval.  Good cause exists for additional pages because the memorandum and declaration discuss the details of over seven years of this complex class action, and the factors (prior to and following the amendment of Federal Rule of Civil Procedure 23(e)(2)) supporting a settlement of $75 million, including the reaction of more than 230,000 class members.

      Respectfully submitted,

      /s/ Michael M. Mulder

      Michael M. Mulder, Co-Lead Class Counsel

cc: All counsel of record (through ECF)