# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re J.P. Morgan Stable Value Fund ERISA Litigation* | ) ) ) ) | Master File No. 12-cv-2548-VSB |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. Proc. 23(e) and the Settlement Agreement[1] in this matter, Plaintiffs, through undersigned counsel, move this Court for an Order: (1) granting final approval of the Settlement Agreement, and (2) entering judgment in this matter, as set forth in the proposed Final Order Approving Class Action Settlement and proposed Judgment.[2] This motion is unopposed by Defendants.

The grounds for this motion are that the proposed Settlement Agreement is fair, reasonable and adequate, as established in (1) Plaintiffs' Memorandum in Support of Motion for Final Approval of Class Action Settlement, with attached exhibits including the Declaration of Co-Lead Class Counsel Michael M. Mulder, the Declaration of Phillip G. Greenfield, and the Declaration of Andrew Sommer; (2) the records and files in this action; and (3) such other matters as may come to the Court's attention prior to or at the hearing on final approval of the settlement.

Date: August 8, 2019

Respectfully submitted,

*/s/ Michael M. Mulder*
Michael M. Mulder

---

[1] Unless otherwise defined, all capitalized terms have the meanings ascribed to them in the Second Amended Settlement Agreement, filed as Exhibit A to the Memorandum in Support of this Motion.

[2] The proposed Final Order and Judgment will be submitted to the Court prior to the Fairness Hearing. The proposed Final Order will be revised from that attached to the original Settlement Agreement (Doc. 400-1, Ex. 6) to incorporate changes made in the Court-approved First and Second Amended Settlement Agreements and for the Judgment to be set forth in a separate document.

Todd Schneider
Jason H. Kim
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
*Appearing pro hac vice*
**Co-Lead Class Counsel**

Kevin Madonna (Bar No. KM5595)
KENNEDY & MADONNA, LLP
48 Dewitt Mills Rd.
Hurley, NY 12443
Tel: 845-481-2622
Fax: 845-230-3111

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Tel: (480) 428-0144
Fax: (866) 505-8036
gwotkyns@schneiderwallace.com
*Appearing pro hac vice*

Joseph Peiffer
Daniel J. Carr
PEIFFER WOLF CARR & KANE APLC
201 St. Charles Ave, Suite 4610
New Orleans, Louisiana 70170
Tel: (504) 523-2434
jpeiffer@pwcklegal.com
*Appearing pro hac vice*

Michael M. Mulder
Elena N. Liveris
LAW OFFICES OF
MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
Tel: 312-263-0272
Fax: 847-563-2301
mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com
*Appearing pro hac vice*
**Co-Lead Class Counsel**

Peter Mougey
Laura Dunning
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY &
PROCTOR, P.A.
316 So. Baylen Street, Suite 600
Pensacola, FL 32502
pmougey@levinlaw.com
*Appearing pro hac vice*