USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
:
IN RE J.P. MORGAN STABLE VALUE       :
FUND ERISA LITIGATION                :
:            12-CV-2548 (VSB)
:
-----------------------------------------------------------X           **ORDER**

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Mr. Bennett's letter dated June 24, 2020 seeking a payment from the settlement reached in this matter. (Doc. 477.)

      Plaintiffs' counsel is directed to respond to Mr. Bennett's letter regarding the settlement by July 15, 2020.

Dated:       June 29, 2020
                 New York, New York

                                            _____
                                            Vernon S. Broderick
                                            United States District Judge